**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption:**
David DeVoe
1514 Old Rivers Gate Rd
Mt. Pleasant, SC 29466
(201) 446-2663

**In Re:**
David DeVoe

Case No.: 25-19505-VFP
Chapter: 13
Judge: Hon. Vincent F. Papalia

**FILED**
JEANNE A. NAUGHTON, CLERK

**NOV 0 5 2025**

**U.S. BANKRUPTCY COURT**
**NEWARK, N.J.**
BY _Rob Heim_ DEPUTY

**NOTICE OF MOTION TO EXTEND TIME TO FILE SCHEDULES**

David DeVoe, the Debtor in the above-captioned case, hereby moves before this Honorable Court for an Order extending the time to file the required schedules and statements, as the Debtor needs additional time to gather complete financial documentation.

If you do not want the Court to grant this motion, or if you want the Court to consider your views, you or your attorney must file a written response explaining your position no later than seven (7) days before the hearing date.

Dated: _11/5/25_
Signature: _David DeVoe_
Name: David DeVoe

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In Re:**
David DeVoe

Case No.: 25-19505-VFP
Chapter: 13
Judge: Hon. Vincent F. Papalia

**CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE SCHEDULES**

I, David DeVoe, am the Debtor in this case and submit this Certification in support of my Motion to Extend Time to File Schedules.

1. My bankruptcy case was filed on September 11, 2025.
2. Since the filing, I have been unable to complete all required documents due to a family emergency. My 12-year-old son became dangerously ill shortly after the case was filed and was hospitalized in the NICU for 12 days.
3. Because of this unexpected and serious family emergency, I was unable to devote the necessary time to gather and finalize all financial information.

4. I respectfully request an extension of fourteen (14) days to file all required schedules and statements. This request is made in good faith and not for the purpose of delay.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____

Signature: _____

Name: David DeVoe

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In Re:**
David DeVoe

Case No.: 25-19505-VFP
Chapter: 13
Judge: Hon. Vincent F. Papalia

**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES**

The Court having reviewed the Debtor's Motion to Extend Time to File Schedules, and for good cause shown, it is hereby

ORDERED that:
1. The Debtor is granted an extension of time until _____ to file all required schedules and statements.
2. No further extensions shall be granted absent extraordinary circumstances.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

DeVoe
1514 Old Rivers Gate Rd.
Mt. Pleasant, SC 29466

US Bankruptcy Court
District of NJ (Newark Vicinage)
Martin Luther King Jr. Federal Bldg
US Courthouse
50 Walnut St. Room 1401
Newark, NJ 07102

2025 NOV -5 P 4:04