UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: jkulback@archerlaw.com

*Attorneys for Dr. Arumugam Thanumalaya Perumal and CRP Real Estate LLC d/b/a Charleston Rental Properties*

In Re:

David DeVoe,

                Debtor.

Chapter 13

Case Number: 25-19505 (VFP)

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Jerrold S. Kulback, Esquire, hereby enters his appearance in the above-referenced bankruptcy proceeding on behalf of creditors, for Dr. Arumugam Thanumalaya Perumal and CRP Real Estate LLC d/b/a Charleston Rental Properties ("Creditors"). Jerrold S. Kulback, Esquire enters his appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Jerrold S. Kulback, Esquire hereby requests that he be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon him at the following address:

                Jerrold S. Kulback, Esquire
                **ARCHER & GREINER, P.C.**
                1025 Laurel Oak Road
                Voorhees, NJ 08043
                Telephone: (856) 673-3936
                Facsimile: (856) 795-0574
                Email: jkulback@archerlaw.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demands include not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceeding referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Creditors' rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                ARCHER & GREINER
                A Professional Corporation

Dated: November 14, 2025         By:   */s/ Jerrold S. Kulback*
                                          Jerrold S. Kulback, Esquire
                                          1025 Laurel Oak Road
                                          Voorhees, NJ 08043
                                          Telephone: (856) 673-3936
                                          Facsimile: (856) 795-0574
                                          Email: jkulback@archerlaw.com

                                          *Attorneys for Dr. Arumugam Thanumalaya*
                                          *Perumal and CRP Real Estate LLC d/b/a*
                                          *Charleston Rental Properties*